IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: MARY MARIE SHOWARD,   )<br>                                                      )<br>                    Debtor                  )<br>                                                      )<br>                                                      )<br>MARY M.SHOWARD,               )<br>                                                      )<br>                    Plaintiff                )<br>                                                      )<br>Vs.                                                )<br>                                                      )<br>COMPLETE AUTO RECOVERY )<br>SERVICE, INC. (C.A.R.S.)         )<br>                                                      )<br>                    Defendant            )<br>                                                      ) | Bk. No. 05-12968-JKF<br><br>Chapter 13<br><br><br><br>Related Motions Nos. 7, 23<br>Related Orders Nos. 20, 31 |

## **NOTICE OF APPEAL**

Complete Auto Recovery Service, Inc., the above-named Defendant, hereby appeal from an Order of the Bankruptcy Court entered on January 25, 2006 (Dkt. No. 31), denying the Motion for Reconsideration of Order entered November 17, 2006, filed by Complete Auto Recovery Service, Inc.  A true copy of the January 2006 Order is attached hereto.

The names of all parties to the Order appealed from and the names and telephone numbers of their respective attorneys are as follows:

Becker & Becker, P.A.
Richard D. Becker,
534 Greenhill Avenue
Wilmington, DE 19805
Telephone: (302) 654-5374
Telecopier: (302) 654-7936
rick.becker@delanet.com
Attorney for Complete Auto Recovery, Inc.

Law Office of W.J. Winterstein, Jr.
P.O. Box 857
Devon, PA 19333
Telephone: (610) 989-0310
Fax: (610) 989-0322
bwinterstein@comcast.net
Co-Counsel for Complete Auto
Recovery Service, Inc.

| | |
|---|---|
| Gerry Grey | Michael B. Joseph |
| 13 East Laurel Street | 824 Market St., Ste. 715 |
| Georgetown, DE 19947 | Wilmington, DE 19801 |
| Tel.: (302) 856-4101 | Tel.: (302) 656-0123 |
| Fax: (302) 856-0934 | Chapter 13 Standing Trustee |
| Attorney for Mary Marie Showard, Debtor | |

Respectfully submitted,

Becker & Becker, P.A.                                   Law Office of W.J. Winterstein, Jr.
                                                        P.O. Box 857
                                                        Devon, PA 19333
By: /s/Richard D. Becker                                Telephone: (610) 989-0310
Richard D. Becker, Esq. (#2203)                         Fax: (610) 989-0322
534 Greenhill Avenue                                    bwinterstein@comcast.net
Wilmington, DE 19805
Telephone: (302) 654-5374
Telecopier: (302) 654-7936
rick.becker@delanet.com

# TRANSMITTAL SHEET FOR APPEAL SUBMITTED
# TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 05-12968 PJW

**Deputy Clerk Transferring Appeal:** Renee Kuesel

**Cause of Appeal:** Docket #7 Motion for Contempt, Docket #20 Order ( With Revision) Regarding Motion for Contempt

**Documents being transmitted:** Docket #7 Motion for Contempt, Docket #20 Order ( With Revision) Regarding Motion for Contempt, Docket #23 Motion to Reconsider Dismissal, Docket #31 Order Denying Motion to Reconsider, Docket #36 Notice of Appeal, Appellant and Appellee Designations not recieved.

**Appellant : Complete Auto Recovery**

**Counsel:**

Richard D. Becker

534 Greenhill Ave.

Wilmington, DE 19805

(302) 654-5374

**Appellee: Mary Marie Showard**

**Counsel:**

**Gerry Gray**
Houghton, Holly & Gray, L.L.P.
13 East Laurel Street
Georgetown, DE 19947
302 856-4101
Fax : 302-856-0934
Email: graybankruptcy@verizon.net

Case 1:06-cv-00153-GMS    Document 1-2    Filed 03/07/2006    Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
MARY SHOWARD         )
                     )
                     )    Chapter 13
                     )
                     )    Case No. 05-12968-JKF
                     )
        Debtor       )

## ORDER

After notice and hearing held on December 20, 2005,

To wit, this 25th day of **JANUARY , 2006, It Is Hereby Ordered** that the Debtor's Motion to Reconsider the Order dated **November 17, 2005** is **DENIED** for the reasons stated on the record.

_____
JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE