Case 1:06-cv-00153-GMS    Document 4    Filed 03/21/2006    Page 1 of 5

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In Re: Mary Marie Showard,    **Ref: Docket Item #2**

| | |
|---|---|
| Complete Auto Recovery Service Inc. ) | |
| ) | Civil Action No. 1:06-cv-153 (GMS) |
| Creditor/Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| Mary Marie Showard, ) | |
| ) | |
| Debtor/Appellee ) | Bankruptcy Case No. 05-12968 |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW Debtor/Appellee's Counsel, Gerry Gray, Esq., and hereby moves for leave to Withdraw. In support of this Motion, Counsel states as follows:

1. This matter has been referred for mediation. No Mediation date has been set.

2. Counsel has received no funds to pay the arbitration fees and counsel fees.

3. Counsel has given the Debtor adequate written notice that counsel would withdraw if no retainer was received for the costs and fees associated with this appeal.

4, Creditor/Appellant's counsel was unable to concur on this motion as he is in the process of filing a Motion to Withdraw.

5. Granting this motion will not cause any prejudice or undue hardship to the Debtor, as the parties have not yet been contacted to schedule a mediation date.



FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

WHEREFORE Debtor's Counsel Prays this Honorable Court Grant him leave to Withdraw and Grant any other relief that is just.

                         Respectfully Submitted,

                         _/s/ Gerry Gray_
                         Gerry Gray, Esq.
                         Bar ID# 2742
                         13 East Laurel Street
                         Georgetown, DE 19947
                         (302) 856-4101

DATE: March 16, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In Re: Mary Marie Showard,                         Ref:  Docket Item #2

| | |
|---|---|
| Complete Auto Recovery Service Inc. ) | |
| ) | Civil Action No. 1:06-cv-153 (GMS) |
| Creditor/Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| Mary Marie Showard, ) | |
| ) | |
| Debtor/Appellee ) | Bankruptcy Case No. 05-12968 |

## ORDER

HAVING READ AND CONSIDERED the foregoing Motion to Withdraw as Counsel, it is hereby order that the Motion is GRANTED.

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Mary Marie Showard,                    **Ref: Docket Item #2**

| | |
|---|---|
| Complete Auto Recovery Service Inc. ) | |
| ) | Civil Action No. 1:06-cv-153 (GMS) |
| Creditor/Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| Mary Marie Showard, ) | |
| ) | |
| Debtor/Appellee ) | Bankruptcy Case No. 05-12968 |

### CERTIFICATE OF SERVICE

I hereby certify that one copy of the Motion to Withdraw as Counsel was sent via first class United States mail, postage prepaid on March 16, 2006 to:

Brian A. Sullivan, Esquire
Webb & Sullivan
P O Box 25046
Wilmington, DE 19899

Richard D. Becker, Esq.
Becker & Becker, P.A.
534 Greenhill Avenue
Wilmington, DE 19805

W. J. Winterstein, Jr., Esq.
P O Box 857
Devon, PA 19333

Michael B. Joseph, Esq.
P O Box 1350
Wilmington, DE 19899-1350

Mary M. Showard
245 Thistlewood Rd.
Houston, DE 19954

_/s/ Carrie T. Phillos_
Carrie T. Phillos

Gerry Gray, P.A.
13 E. Laurel St.
Georgetown, DE 19947

U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801