IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Mary Marie Showard,                     Ref: Docket Item #2

| | |
|---|---|
| Complete Auto Recovery Service Inc. ) | |
| ) | Civil Action No. 1:06-cv-153 (GMS) |
| Creditor/Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| Mary Marie Showard, ) | |
| ) | |
| Debtor/Appellee ) | Bankruptcy Case No. 05-12968 |

ORDER

HAVING READ AND CONSIDERED the foregoing Motion to Withdraw as Counsel, it is hereby order that the Motion is GRANTED.

4/7/06                        _____
                                          Judge