IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| MARY MARIE SHOWARD | : |
|     Debtor | : |
| COMPLETE AUTO RECOVERY SERVICE, INC. | : |
| | : |
|     Appellant | |
| | : |
|     v. | Civil Action No. 06-153 GMS |
| | : |
| MARY MARIE SHOWARD | |
| | : |
|     Appellee | |
| | : |

## **ORDER**

WHEREAS, the court having been informed that the above-captioned matter is not suitable for mediation,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than May 3, 2006.


April 19, 2006                                          /s/ Gregory M. Sleet
                                                                        UNITED STATES DISTRICT JUDGE