## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                                    :

MARY MARIE SHOWARD            :

       Debtor                              :

_____

COMPLETE AUTO RECOVERY             :
SERVICE, INC.
                                                         :

       Appellant                         :

       v.                                      :        Civil Action No. 06-153 GMS

MARY MARIE SHOWARD                  :

       Appellee                          :

                                                         :

### **<u>ORDER</u>**

WHEREAS, on March 7, 2006, a Notice of Appeal from the United States Bankruptcy

Court appealing the Order entered on January 25, 2006, was filed (D.I. 1);

WHEREAS, on April 19, 2006, an Order was issued directing the parties to submit a

briefing schedule to the court by May 3, 2006 (D.I. 6);

WHEREAS, as of the date of this Order, there is nothing further reflected on the docket.

IT IS HEREBY ORDERED that:

1.  The Appellant is directed to SHOW GOOD CAUSE, in writing, within thirty (30)

days from the date of this Order, as to why the above-captioned case should not be dismissed for

failure to comply with the court's Order dated May 3, 2006;

2.  If the Appellant fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

July 13, 2006