IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| MARY MARIE SHOWARD : | |
| Debtor : | |
| COMPLETE AUTO RECOVERY SERVICE, INC. : | |
| : | |
| Appellant | |
| : | |
| v. | Civil Action No. 06-153 GMS |
| : | |
| MARY MARIE SHOWARD | |
| : | |
| Appellee | |
| : | |

### ORDER

WHEREAS, on March 7, 2006, a Notice of Appeal from the United States Bankruptcy Court appealing the Order entered on January 25, 2006, was filed (D.I. 1);

WHEREAS, on April 19, 2006, an Order was issued directing the parties to submit a briefing schedule to the court by May 3, 2006 (D.I. 6);

WHEREAS, on July 13, 2006, the court issued an Order directing the Appellant to show cause, in writing and within thirty (30) days from the date of the Order, as to why the above-captioned case should not be dismissed for failure to comply with the Court's Order dated May 3, 2006 (D.I. 7).

WHEREAS, as of the date of this Order, there is nothing further reflected on the docket.

IT IS HEREBY ORDERED that:

This case is dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

/s/
UNITED STATES DISTRICT JUDGE

October 5, 2006

FILED
OCT - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE